[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-10649
Non-Argument Calendar
_____

D.C. Docket No. 1:11-cr-00235-RWS-LTW-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NORMAN URIAH SIMMONDS,
a.k.a. Naquan Powell,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(August 21, 2013)

Before TJOFLAT, PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Thomas Wooldridge, appointed appellate counsel for Norman Simmonds in this direct criminal appeal, has moved to withdraw from further representation of the defendant, and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because our independent review of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Simmonds's convictions and sentences are **AFFIRMED.**